**Elijah Shane CLARY, Plaintiff–Appellant,**

v.

**Dr. James STRICKLAND; Nurse Jackie; Nurse Debbie; Officer Kiesha Miles; Officer Edwards, Defendants–Appellees.**

**No. 14–6665.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Sept. 26, 2014.

Elijah Shane Clary, Appellant Pro Se. Jonathan Hopkins Dunlap, Charles Houston Foppiano, Batten Lee, PLLC, Raleigh, North Carolina; Andrew Allen Freeman, Charlot Frye Wood, Bell, Davis & Pitt, PA, Winston–Salem, North Carolina; William L. Hill, James Demarest Secor, III,

Frazier Hill & Fury, RLLP, Greensboro, North Carolina, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Shane Clary appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clary v. Strickland,* No. 1:13–cv–00514–CCE–JEP (M.D.N.C. Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*